# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

SHANE JOSEPH BOLAND DOYLE,

Plaintiff,

v.

AMERICAN CHEMICAL SOCIETY,

Defendant.

Case No. 22-cv-2591 (JMC)

## **ORDER**

In a May 8, 2025 Minute Order, the Court gave Plaintiff Shane Joseph Boland Doyle, appearing pro se, until May 23, 2025 to notify it of his continued interest in prosecuting this case, or risk dismissal of the case. The Court asked Doyle to provide such notice because Doyle had failed to respond to the Court's March 24, 2025 order to show cause why mediation would not be appropriate in this case. Defendant American Chemical Society consented to mediation on April 23, 2025.

To date Doyle has neither complied with the Court's May 8, 2025 order nor requested additional time to comply. District courts "have inherent power to dismiss a case *sua sponte* for a plaintiff's failure to prosecute or otherwise comply with a court order." *Angellino v. Royal Family Al-Saud*, 688 F.3d 771, 775 (D.C. Cir. 2012) (quoting *Peterson v. Archstone Cmties. LLC*, 637 F.3d 416, 418 (D.C. Cir. 2011) (citing LCvR 83.23)). Accordingly, it is

**ORDERED** that this case is **DISMISSED** without prejudice. The Clerk shall close the case.

This is a final appealable Order.

1

_____
JIA M. COBB
United States District Judge

Date: August 14, 2025